IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| JEFFREY KAUFMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 13-359-SLR |
| v. | : | |
| | : | |
| ARNOLD A. ALLEMANG, JACQUELINE K. BARTON, JAMES A. BELL, JEFF M. FETTIG, JOHN B. HESS, ANDREW N. LIVERIS, PAUL POLMAN, DENNIS H. REILLEY, JAMES M. RINGLER, RUTH G. SHAW, WILLIAM WEIDEMAN, JOE HARLAN, CHARLES KALIL, GEOFFERY MERSZEI, and THE DOW CHEMICAL COMPANY, | : : : : : : : : | |
| Defendants. | : : | |

## **PLAINTIFF'S MOTION FOR REARGUMENT**

Pursuant to D. Del. L.R. 7.1.5, Plaintiff Jeffrey Kaufman hereby respectfully moves for reargument and reconsideration of the dismissal of Count III of Plaintiff's Complaint as provided for in the Court's Memorandum Opinion dated September 30, 2014 (D.I. 26). The grounds for this motion are set forth in the accompanying brief in support of the motion.

Dated: October 14, 2014

Of Counsel:

BARRACK, RODOS & BACINE
Alexander Arnold Gershon
Michael A. Toomey
425 Park Avenue, Suite 3100
New York, New York 10022
Tel.: (212) 688-0782

Respectfully submitted,

FARNAN LLP

/s/ Rosemary J. Piergiovanni
Brian E. Farnan (Bar No. 4089)
Rosemary J. Piergiovanni (Bar No. 3655)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Tel.: (302) 777-0300
bfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

BARRACK, RODOS & BACINE
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 963-0600

*Attorneys for Jeffrey Kaufman*